**ERIC M. SCHLOSSER**
ATTORNEY AT LAW

MEMBER OF N.Y. AND VT. BARS

350 BROADWAY
NEW YORK, NEW YORK 10013

(212) 226-2703

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  APR 28 2006  ★

P.M. _____
TIME A.M. _____

BY ECF AND HAND

April 26, 2006

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Juan Toboada</u>
            05 CR 928 (ENV)

Dear Judge Vitaliano:

    This is to request that I be authorized to carry my cell phone into the courthouse during the trial of the above case. Use of the telephone during recesses will allow me to coordinate trial matters. Attorney's cell phones are normally required to be turned over to the security officers at the front desk, but may be brought into the building with a judge's permission.

Very truly yours,

Eric M. Schlosser

*Application granted.*

EMS:mlm

cc:    Cameron Elliot, Esq.
        AUSA (by ECF and fax)
           (w/enclosures by ECF)

April 27, 2006

So Ordered

/s/ _____
Eric N. Vitaliano
U.S.D.J.