AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

V.

**Juan Taboada**

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 05CR 0928(ENV)

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 4 2006 ★**

The above captioned case having regularly come on for trial before the Honorable Eric N. Vitaliano, United States District Judge, and a Jury, and a verdict having been rendered finding the defendant **Juan Taboada** not guilty on counts 1 AND 2 of the indictment. IT IS ORDERED that the Defendant **Juan Taboada** is acquitted, discharged, and any bond exonerated.

/S/ _____
Signature of Judicial Officer

**ERIC N. VITALIANO, U.S.D.J.**
Name and Title of Judicial Officer

_____ May 3, 2006 _____
Date